UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **NOTICE OF APPEARANCE** |
| | : | |
| | : | 21-cr-338 (TFH) |
| | : | |
| v. | : | |
| | : | |
| DOVID SCHWARTZBERG, | : | |
| | : | |
| Defendant. | : | |
| | : | |

   Undersigned counsel, Steven Y. Yurowitz, whose application for admission before this Court is pending final approval from the assigned motions judge, hereby notices his appearance as counsel of record for defendant Dovid Schwartzberg in the above-captioned matter.

Dated:  June 1, 2021

_____
Steven Y. Yurowitz

NEWMAN & GREENBERG LLP
950 Third Avenue
New York, New York 10022
(212) 308-7900
(212) 826-3273 Fax
syurowitz@newmangreenberg.com