UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-338-TFH |
| : | |
| DOVID SCHWARTZBERG, : | |
| : | |
| Defendant. : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for Defendant regarding this motion and he does not oppose the motion for an order to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Date: June 1, 2021

        Respectfully submitted,

        CHANNING PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By:   *s/ Monica A. Stump*
        MONICA A. STUMP
        PA Bar No. 90168
        Assistant United States Attorney
        District of Columbia
        Capitol Riot Detailee
        555 4th Street, NW,
        Washington, D.C. 20530
        Telephone No. (618) 622-3860
        Monica.stump@usdoj.gov