UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-CR-00338-TFH |
| | : | |
| DOVID SCHWARTZBERG, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO CONTINUE SENTENCING

The Defendant, Dovid Schwartzberg, through counsel hereby moves this Court for a 2-month continuance of his sentencing currently scheduled for June 21, 2022.   In support of his motion, counsel for Mr. Schwartzberg states as follows:

1.      Defendant pled guilty on March 4, 2022 to a single misdemeanor charge of Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 USC § 5014(e)(2)(G).

2.      Sentencing is currently scheduled for June 21, 2022.

3.      As the Court is aware from prior proceedings, and as indicated in the PSR (¶¶53-58),

4.      Counsel had hoped to be in a position to retain such an expert earlier, but that was delayed given the expense involved of retaining such an expert.

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████

5.        ██████████ is unable to conduct that evaluation and prepare his report until mid-July 2022.  Counsel will thereafter need time to assimilate and incorporate that report into a sentencing submission.

6.        I have communicated with AUSA Maria Fedor, counsel for the government in this matter, and AUSA Fedor informed me that the government takes no position on this motion, although it would want an opportunity to evaluate the report and, if necessary, respond to it.

7.        A two-month adjournment will permit the parties to accomplish those goals.  I have spoken with Your Honor's courtroom deputy who informed me that the Court has availability the week of August 22, 2022.

8.        Accordingly, counsel for Mr. Schwartzberg respectfully request that this Court grant the motion to continue the Sentencing set for June 21, 2022, for an additional 60 days.  And that the Court further order that the parties' time to submit sentencing submissions be adjourned until August 1, 2022, that any responses to the parties' respective submissions be submitted by August 15, 2022, and that sentencing be adjourned until August 22, 2022, or a date thereafter convenient for the Court.

Respectfully submitted,

_____/s/_____

Steven Y. Yurowitz

Newman & Greenberg LLP
950 Third Avenue – 31st
Floor New York, New
York  10022 Tel. No. (212)
308-7900
syurowitz@newmangreenberg.com