**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:21-cr-00338 (TFH)** |
| **v.** | : | |
| | : | |
| **DOVID SCHWARTZBERG,** | : | |
| | : | |
| **Defendant.** | : | |

<u>**GOVERNMENT'S NOTICE OF FILING OF VIDEO**</u>
<u>**PURUSANT TO LOCAL CRIMINAL RULE 49**</u>

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video was provided to the Court and defense counsel on August 31, 2022, via USAfx, relating to the sentencing hearing scheduled for September 7, 2022.  As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

Exhibit 1 is a 22 second video documenting the defendant's entry into the U.S. Capitol.

Exhibit 2 is a 17 second video documenting the area inside of the Senate Wing Doors, shortly after the defendant's entry into the U.S. Capitol.

Exhibit 3 is a 22 second video inside of Senator Jeff Merkley's Office.

Exhibit 4 is a 9 second video posted to TikTok.

Exhibit 5 is a 3 minute 4 second video posted to Senator Jeff Merkley's Twitter page.

Exhibit 6 is a 15 second selfie-style video of the defendant outside of the U.S. Capitol.

Exhibit 7 is a 2 minute 14 second video outside of the Senate Wing Doors.

Exhibit 8 is a 41 second video documenting the destruction of media equipment.

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibit should be released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:       /s/ *Maria Y. Fedor*
MARIA Y. FEDOR
Attorney, detailed to the
United States Attorney's Office for the
District of Columbia
D.C. Bar No. 985823
601 D Street, N.W.
Washington, DC 20530
Maria.Fedor@usdoj.gov